1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CABN 228971)
   Assistant United States Attorney
4
        1301 Clay Street, Suite 340S
5       Oakland, California 94612
        Telephone: (510) 788-3507
6       FAX: (510) 637-3724
        melanie.proctor@usdoj.gov
7
   Attorneys for the United States[1]
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) CASE NO. C 17-2642 KAW |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND DATES IN CASE MANAGEMENT SCHEDULING ORDER; [PROPOSED] ORDER** |
| v. | ) |
| UNITED STATES OF AMERICA, | ) Current Date: August 8, 2017 |
| Defendant. | ) Proposed New Date: September 19, 2017 |
| | ) Time: 1:30 pm |

**STIPULATION**

Plaintiff filed this action on May 8, 2017. ECF 1. Plaintiff served the United States Attorney's Office on June 7, 2017; accordingly, the answer is not due until August 7, 2017. Under the current case management scheduling order, the parties are to conduct their Rule 26(f) meet and confer session, file ADR certifications and documents, and file the case management statement prior to the date the answer is due. Accordingly, the parties hereby stipulate to extend the case management scheduling dates as follows:

        August 29, 2017:    Last day to:
- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

---
[1] The United States enters its appearance here for the purpose of this stipulation only, and reserves all available defenses for its responsive pleading.

STIPULATION TO EXTEND DATES
C 17-2642 KAW

| | |
|---|---|
| | - File ADR certification signed by parties and counsel; |
| | - File either Stipulation to ADR process or notice of need for ADR phone conference. |

September 12, 2017: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

September 19, 2017: INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:

3rd Floor, Courtroom 4
Ronald Dellums Federal Building
1301 Clay Street
Oakland, California 94612

DATED: July 11, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Melanie L. Proctor*
　　　　　　　　　　　　　　　　　　　　MELANIE L. PROCTOR[2]
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for the United States

DATED: July 10, 2017　　　　　　　　　　　REESE LAW GROUP

　　　　　　　　　　　　　　　　　　　　By: /s/Joseph M. Pleasant
　　　　　　　　　　　　　　　　　　　　　　JOSEPH M. PLEASANT
　　　　　　　　　　　　　　　　　　　　　　3168 Lionshead Avenue
　　　　　　　　　　　　　　　　　　　　　　Carlsbad, California 92010

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

---

[2] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.

STIPULATION TO EXTEND DATES
C 17-2642 KAW

| | |
|---|---|
| 1 | **[PROPOSED]** **ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED. The case management schedule is hereby extended |
| 3 | to the following dates: |

August 29, 2017:    Last day to:
- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- File ADR certification signed by parties and counsel;
- File either Stipulation to ADR process or notice of need for ADR phone conference.

September 12, 2017:    Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

September 19, 2017:    INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:

3rd Floor, Courtroom 4
Ronald Dellums Federal Building
1301 Clay Street
Oakland, California 94612

Dated: 7/11/17

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO EXTEND DATES
C 17-2642 KAW